IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00528-BNB

CHAVEZ E. FISHER,

    Plaintiff,

v.

FORT COLLINS HOUSING AUTHORITY - Fort Collins Maintenance Department, City of Fort Collins,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Chavez E. Fisher, filed *pro se* a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  On March 2, 2012, the Court ordered Mr. Fisher within thirty days to cure deficiencies in the complaint, specifically noting that he had failed to assert any claims or make a request for relief. On March 2, 8, and 15, 2012, Mr. Fisher filed three letters with the Court.

    In the middle of the letter he submitted on March 8, 2012 (ECF No. 6), Mr. Fisher used pages from the Title VII Complaint form to assert claims against the Fort Collins Housing Authority that were not applicable to a Title VII action, and instead appeared applicable to a lawsuit pursuant to the Fair Housing Act, 42 U.S.C. § 3501, *et seq.*  On March 20, 2012, he submitted photographs and a document alleging that Defendant had discriminated against him on the basis of race and disability.

    On April 12, 2012, Magistrate Judge Boyd N. Boland ordered Mr. Fisher to file within thirty days a complete amended complaint on the Court-approved complaint form

that clarified the statutory authority for his claims and provided a short and plain statement of his claims in compliance with Rule 8 of the Federal Rules of Civil Procedure showing that he was entitled to relief. Magistrate Judge Boland informed Mr. Fisher that the Court would not consider any claims raised in separate amendments, supplements, motions, or other documents that were not included in the amended complaint. On April 13, 2012, Mr. Fisher submitted another letter.

On May 9, 2012, in response to the order for an amended complaint, Mr. Fisher submitted a letter (ECF No. 13) asking the Court to hold this case in abeyance until he found counsel to represent him. On May 11, 2012, the Court entered an order granting Mr. Fisher leave to proceed pursuant to 28 U.S.C. § 1915; informing Mr. Fisher that the Court would not hold this case is abeyance indefinitely; and allowing him another thirty days in which to find counsel to represent him and submit the amended complaint as directed in the April 12 order, whether or not he is represented by counsel. The May 9 letter warned Mr. Fisher that a failure to submit the amended complaint as directed within the time allowed would result in the dismissal of the instant action. Mr. Fisher's request that the Court appoint counsel to represent him was denied as premature.

Mr. Fisher has failed within the time allowed to comply with the directives of the April 12 and May 11 orders, or otherwise to communicate with the Court in any way. Therefore, the Title VII Complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Fisher files a notice of appeal he also must pay the full $455.00 appellate

filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Title VII Complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Chavez E. Fisher, to comply with the pleading requirements of Rule 8 and the directives of the orders of April 12 and May 11, 2012, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  21st  day of    June           , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court